IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

    v.                    Crim. No. 97-20005

BENJAMIN F. SHIPLEY, JR.                    DEFENDANT/PETITIONER

## ORDER

Now on this 23rd day of January 2014, there comes on for consideration the report and recommendation filed herein on December 5, 2013, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 46). Also before the Court are Mr. Shipley's objections. (Doc. 47).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Mr. Shipley's Motion to Complete the Exercise of This Court's Jurisdiction (doc. 44), construed as a second or successive 28 U.S.C. § 2255 motion, is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                       /s/ Robert T. Dawson
                                       Honorable Robert T. Dawson
                                       United States District Judge

**AO72A**
**(Rev. 8/82)**